```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION
```

CONTINENTAL INSURANCE COMPANY,  §
                                                          §
    Plaintiff,                §
                                                          §
v.                                                       §      CIVIL ACTION NO. H-03-4350
                                                          §
SAIA MOTOR FREIGHT LINE, INC.,  §
                                                          §
    Defendant.               §

## **FINAL JUDGMENT**

This case having been tried to the Court, and the Court having made Findings of Fact and Conclusions of Law separately signed this day, now based upon the Findings of Fact and Conclusions of Law together with the previous Memorandum and Order of the Court entered February 9, 2005, it is

ORDERED and ADJUDGED that Plaintiff Continental Insurance Company shall have and recover of and from Defendant SAIA Motor Freight Line, Inc., the sum of SEVENTY-EIGHT THOUSAND NINE HUNDRED FORTY-EIGHT and 65/l00 DOLLARS ($78,948.65), plus interest on all unpaid portions thereof from the date of this Judgment until paid at the rate of 3.39% per annum, compounded annually, plus costs of Court.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order and send copies to all parties of record.

SIGNED at Houston, Texas on this 23rd day of June, 2005.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE